ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| The Polote Corporation | ) ASBCA No. 62772 |
| | ) |
| Under Contract No. W912EP-16-C-0001 | ) |

APPEARANCES FOR THE APPELLANT:     Steven J. Stuart, Esq.
                                   Alexander S. Hoppestad, Esq.
                                    Smith, Currie, Hancock LLP
                                    Atlanta, GA

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
                                    Engineer Chief Trial Attorney
                                   Bruce E. Groover, Esq.
                                   Susan E. Symanski, Esq.
                                   Kristin M. Bigham, Esq.
                                    Engineer Trial Attorneys
                                     U.S. Army Engineer District, Jacksonville

ORDER OF DISMISSAL

An ADR was held on March 5, 2024, for three days. Consistent with the terms of the agreement reached, the parties have finalized the payment terms of the settlement. On June 26, 2024, the parties filed a Joint Motion to Dismiss. The appeal is dismissed with prejudice.

Dated: June 27, 2024

STEPHANIE CATES-HARMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62772, Appeal of The Polote Corporation, rendered in conformance with the Board's Charter.

Dated:  June 28, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals